Argued and submitted November 7, affirmed as modified November 23, 1983

ESTATE OF MAH,
*Respondent,*

*v.*

ESTATE OF SOO,
*Appellant.*

(82-654; CA A27491)

671 P2d 1208

David A. Dorsey, Coos Bay, argued the cause for appellant. With him on the briefs was Bedingfield, Joelson, Gould, Wilgers and Dorsey, Coos Bay.

Gary D. Rossi, Coos Bay, argued the cause for respondent. With him on the brief was Rossi & Borneman, Coos Bay.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

**PER CURIAM**

On *de novo* review of this proceeding against an estate, the trial court's decision is modified by deleting subparagraph (6) of paragraph SEVENTH of the decree and judgment relating to a condominium located in Hong Kong. In all other respects, the decree and judgment is affirmed.

Decree modified to eliminate award to plaintiff of one-half interest in Hong Kong condominium; affirmed as modified.